CO-386-online
10/03

# United States District Court
# For the District of Columbia

CAPITOL PAVING OF D. C., INC.    )
                                 )
                                 )
                                 )
         vs      Plaintiff       )    Civil Action No._____
                                 )
DISTRICT OF COLUMBIA, et al.     )
                                 )
                                 )
                 Defendant       )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Plaintiff, Capitol Paving of D. C., Inc.,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Capitol Paving of D. C., Inc.,__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

2163
BAR IDENTIFICATION NO.

Douglas A. Datt
Print Name

15850 Crabbs Branch Way, Suite 180
Address

Rockville, Maryland  20855
City       State        Zip Code

(301) 948-1177
Phone Number