IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
| Plaintiff | : |
| v. | : Civil Case No.1: 07CV00113 |
| | Judge: Richard J. Leon |
| **DISTRICT OF COLUMBIA** | : |
| and | |
| | : |
| **ADRIAN M. FENTY** | |
| in his official capacity as Mayor of | : |
| the District of Columbia | |
| | : |
| Defendants | . |

## NOTICE OF RETURN OF SERVICE

The undersigned hereby certifies that the Defendants in this action, the District of Columbia and Adrian M. Fenty, in his official capacity as Mayor of the District of Columbia, were served with the Writ of Summons, Complaint for Declaratory and Injunctive Relief, with exhibits, Notice of Right to Consent to Trial Before United States Magistrate Judge. Consent to Proceed Before A United States Magistrate Judge for All Purposes, Certificate Rule LcvR 7.1, Case Management Order of January 19, 2007, Plaintiff's Civil Cover Sheet, Initial Electronic Case Filing Order, and Attorney/Participant Registration Form Live System form, by private process server S. Pierre Paret on February 1, 2007. The original Returns of Service executed by S. Pierre Paret are attached hereto.

Upon information and belief supported by the attached Declaration of Server, Tabitha Braxton authorized to accept and signed on behalf of Mayor Adrian M. Fenty at 12:20 p.m. on February 1, 2007; and Tonya Robinson, authorized to accept on behalf of George C. Valentine, , Esquire, Deputy Attorney General, Civil Litigation Division, Office of the

Attorney General, Government of the District of Columbia, accepted and signed for service at 1:01 p.m. on February 1, 2007, for Defendant District of Columbia.

>Respectfully submitted,
>
>GAVETT AND DATT, P.C.
>
>By: /s/ Douglas A. Datt
>Douglas A. Datt, Bar No. 410354
>15850 Crabbs Branch Way, Suite 180
>Rockville, Maryland 20855-2622
>ddatt@gavettdatt.com
>Telephone: (301) 948-1177
>Facsimile: (301) 948-4334
>**Counsel for Plaintiff**
>**Capitol Paving of D. C. , Inc.**

F:\Data\GD\Corporate\104.000\104-35\Pleadings\ReturnOfService.wpd

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  FEBRUARY 1, 2007 |
| NAME OF SERVER *(PRINT)*  S. PIERRE PABET | TITLE  PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ON TONYA ROBINSON, AUTHORIZED TO ACCEPT ON BEHALF OF GEORGE C. VALENTINE, AT 1:02PM, AT 441 4TH ST., NW SUITE 600 SOUTH, WASHINGTON, DC, 20001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  FEBRUARY 1, 2007
             Date

Signature of Server

2308 MT. VERNON AVE., #301
ALEXANDRIA, VA 22301
*Address of Server*

TONYA ROBINSON

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CAPITOL PAVING OF D. C., INC.

**SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

CASE NUMBER   1:07CV00113

CAS]    JUDGE: Richard J. Leon

DECK TYPE: General Civil

DATE STAMP: 01/17/2007

TO: (Name and address of Defendant)

District of Columbia
Serve: George C. Valentine, Esquire
    Deputy Attorney General, Civil Litigation Division
    Office of the Attorney General, Government of the District of Columbia
    441 - 4th Street, N. W., Suite 600 South
    Washington, D. C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Datt, Esquire
Gavett and Datt, P. C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JAN 17 2007
CLERK                             DATE

(By) DEPUTY CLERK

40 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/1/07 |
| NAME OF SERVER *(PRINT)* S. PIERRE PARET | TITLE PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ON TABATHA BRAXTON, ACCEPTED ON BEHALF OF MAYOR FENTY, AT 12:02PM, AT 1350 PENNSYLVANIA AVE., NW, SUITE 419, WASHINGTON, DC 20004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on FEBRUARY 1, 2007    /s/ Pierre Paret
            Date  12:02PM       *Signature of Server*

2308 MT. VERNON AVE., #301
ALEXANDRIA, VA 22301
*Address of Server*

*[signature: Tabatha Braxton]*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

CAPITOL PAVING OF D. C., INC.

                                       **SUMMONS IN A CIVIL CASE**

V.

DISTRICT OF COLUMBIA, et al.

                            CASE NUMBER   1:07CV00113

                            JUDGE: Richard J. Leon

CASE NU    DECK TYPE: General Civil

                            DATE STAMP: 01/17/2007

TO: (Name and address of Defendant)

Adrian M. Fenty in his official capacity as Mayor of the District of Columbia
Serve: Office of the Mayor of the District of Columbia
      Attention: Tabitha Braxton, Staff Assistant
      John A. Wilson Building
      1350 Pennsylvania Avenue, N. W., Suite 419
      Washington, D. C. 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Datt, Esquire
Gavett and Datt, P. C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          JAN 17 2007
CLERK                                                                  DATE

(By) DEPUTY CLERK