UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-113 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| 441 4th Street, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
| and | ) |
| | ) |
| ADRIAN FENTY, | ) |
| in his official capacity as Mayor of the | ) |
| District of Columbia | ) |
| 1350 Pennsylvania Ave., N.W. | ) |
| Washington, DC 20004 | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANT DISTRICT OF COLUMBIA AND MAYOR ADRIAN FENTY'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

Defendants District of Columbia and Mayor Adrian Fenty ("the District")[1], through counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully moves this Court to extend the time to respond to the complaint for an additional thirty (30) days, through and including March 22, 2007. In support of this motion, the District states as follows:

1. Plaintiff brings this complaint for declaratory and injunctive relief, seeking to declare invalid and enjoin the implementation of a statutory provision in the District of Columbia Small, Local, and Disadvantaged Business Enterprise Development Act of 2005, D.C. Code § 2-218.01 et seq. (2001). The Act concerns the District of Columbia's contracting and procurement

---

[1] Because Mayor Fenty is only sued in his official capacity, the suit against the Mayor is "to be treated as a suit against the entity." Kentucky v. Graham, 473 U.S. 159, 166 (1985)

practices. Plaintiff makes several different challenges to the validity of the Act, including that the Act violates equal protection principles because it has a discriminatory effect and no rational basis.

      2.      Undersigned counsel has just been assigned this case and requires additional time to prepare a response to plaintiff's detailed twenty-four page complaint. In addition to the time required for researching the complaint's allegations and the relevant legal principles, undersigned counsel must learn the related administrative and judicial proceedings involving plaintiff's underlying contract bid. See Compl. ¶ 38-39; <u>Capitol Paving of D.C., Inc. v. D.C. Contract Appeals Board</u>, C.A. No. 06-8266 (D.C. Superior Court). Undersigned counsel also requires additional time due to the press of other matters in his assigned caseload. This includes several upcoming depositions in other cases in this Court, including <u>Emile Mazloum v. District of Columbia, et al.</u>, C.A. No. 06-0002 (JDB), and <u>Wayne Settle, et al. v. District of Columbia, et al.</u>, C.A No. 04-288 (JR). Undersigned counsel cannot prepare an adequate response to the complaint without the requested extension.

      3.      Plaintiff's counsel is unable to consent to the relief requested herein.

      4.      This request is the District's first request for an extension of time to respond to the complaint.

      5.      The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein. This case has no other scheduled deadlines.

     Accordingly, for the reasons stated, the District respectfully requests a thirty-day extension of time to respond to plaintiff's complaint, through and including March 22, 2007.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov


RULE 12-I CERTIFICATE


Plaintiff's counsel stated that he was unable to consent to the relief requested herein.



/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 07-113 (RJL) |
| DISTRICT OF COLUMBIA<br>441 4th Street, N.W.<br>Washington, DC 20001 | ) |
| and | ) |
| ADRIAN FENTY,<br>in his official capacity as Mayor of the<br>District of Columbia<br>1350 Pennsylvania Ave., N.W.<br>Washington, DC 20004 | ) |
| Defendants. | ) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA AND MAYOR ADRIAN FENTY'S MOTION TO EXTEND TIME TO RESPOND TO THE COMPLAINT

1. Fed. R. Civ. P. 6(b)(1).

2. The inherent powers of this Court.

3. The reasons stated in the Defendant District of Columbia and Mayor Adrian Fenty's Motion to Extend Time to Respond to the Complaint.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-113 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the defendant District of Columbia and Mayor Adrian Fenty's motion to extend time to respond to the complaint, the memorandum of points and authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2007,

ORDERED, that the defendant District of Columbia and Adrian Fenty's motion to extend time to respond to the complaint is hereby GRANTED; and it is,

FURTHER ORDERED, that the defendants shall respond to the complaint no later than March 22, 2007.

_____
RICHARD J. LEON
United States District Judge