UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-113 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### DEFENDANTS' PARTIAL CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION

Defendants District of Columbia and Mayor Adrian Fenty ("the District")[1], through counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully move this Court (1) to continue the April 5, 2007, status conference and (2) for a one-day extension of the time to the respond to plaintiff's preliminary injunction motion. Plaintiff consents to the requested continuance of the status conference but does not consent to the requested extension of time to respond to the preliminary injunction motion. In support of its motion, the District states as follows:

1.  On January 17, 2007, plaintiff filed this suit for declaratory and injunctive relief, seeking to declare invalid and enjoin the implementation of a statutory provision in the District of Columbia Small, Local, and Disadvantaged Business Enterprise Development Act of 2005, D.C. Code § 2-218.01 *et seq*. (2001). On March 20, 2007, plaintiff filed a motion for preliminary injunction to block the potential award of a government contract based on application of this statutory provision.

---

[1] Because Mayor Fenty is only sued in his official capacity, the suit against the Mayor is "to be treated as a suit against the entity." Kentucky v. Graham, 473 U.S. 159, 166 (1985)

2.  By order of March 21, 2007, this Court required the District to respond to the motion by March 30, 2007, and set a status conference for April 5, 2007, at 11:00 a.m.

3.  Undersigned counsel is unavailable at the time scheduled for the status conference due to a previously scheduled medical appointment. Undersigned has contacted plaintiff's counsel, who consents to a continuance of the status conference. Plaintiff's counsel and District counsel are available April 9, 11, and 12 to reschedule the status conference. (Undersigned counsel also spoke with counsel for a party who anticipates filing a motion to intervene, and that counsel is also available April 9 and 12 for a status conference.)

4.  Undersigned counsel also requires a one-day extension of time to respond to the preliminary injunction motion. Undersigned counsel has a completely full schedule through the end of the month and has scheduled leave for March 30, the current deadline for the District's response. The memorandum in support of the preliminary injunction motion is nearly fifty pages, which will require considerable time to review and prepare an adequate response. Undersigned counsel seeks merely one additional business day, until April 2, 2007, to respond to the motion. This would still provide for a response to the motion in less than the normal, two-week response time. In addition, plaintiff cannot be prejudiced by a one-day extension, especially in light of the fact that plaintiff waited over two months after filing the lawsuit to file its preliminary injunction motion.

5.  Although plaintiff's reply in support of its preliminary injunction motion is currently due April 3, 2007, the District has no objection to any corresponding extension of the deadline for plaintiff's reply.

6.  This request is the District's first request for an extension of time to respond to the plaintiff's motion for preliminary injunction.

7.   The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

Accordingly, for the reasons stated, the District respectfully requests a continuance of the April 5, 2007, status conference and a one-day extension of time to respond to plaintiff's motion for preliminary injunction. A proposed order is attached hereto.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III


/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

## RULE 7(m) CERTIFICATE

Plaintiff's counsel consented to the request to continue the status conference but does not consent to the one-day extension of time to respond to the motion for preliminary injunction.

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE
Assistant Attorney General

3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-113 (RJL) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS'
PARTIAL CONSENT MOTION TO CONTINUE STATUS CONFERENCE AND FOR AN
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION
MOTION**

1. Fed. R. Civ. P. 6(b).

2. The inherent powers of this Court.

3. The reasons stated in the Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Phillip A. Lattimore, III /s/
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Section III

/s/ Carl J. Schifferle /s/
CARL J. SCHIFFERLE [463491]
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6624
(202) 727-3625 (fax)
Email:  carl.schifferle@dc.gov

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAPITOL PAVING OF D.C., INC.,        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )  Civil Action No. 07-113 (RJL)
                                     )
DISTRICT OF COLUMBIA, *et al.*,      )
                                     )
        Defendants.                  )
                                     )

ORDER

Upon consideration of the Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion, the memorandum of points and authorities filed in support thereof, any opposition thereto, and for good cause shown, it is by the Court this _____ day of _____, 2007,

ORDERED, that the Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion is hereby GRANTED; and it is,

FURTHER ORDERED, that the defendants shall respond to the plaintiff's motion for preliminary injunction no later than April 2, 2007; and it is,

FURTHER ORDERED, that plaintiff shall file any reply thereto no later than _____; and it is,

FURTHER ORDERED, that the status conference originally scheduled for April 5, 2007, shall be CONTINUED to _____.

                                    _____
                                    RICHARD J. LEON
                                    United States District Judge