IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC. | : |
|     Plaintiff | : |
| v. | :    Civil Case No. 07cv113 (RJL) |
| DISTRICT OF COLUMBIA et al. | : |
|     Defendants | : |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' PARTIAL CONSENT MOTION
TO CONTINUE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**

    Plaintiff, Capitol Paving of D.C., Inc. ("Capitol Paving"), by its attorneys, Gavett and Datt, P.C., and Douglas A. Datt, Esquire, respectfully files this response to Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion.

    As Defendants noted, Capitol Paving has no objection to Defendants' Motion to Continue the Status Conference. Plaintiff would, in almost all circumstances, have no objection to a Motion for Extension of Time. However, Plaintiff cannot consent to Defendants' Motion for extension in this case, with respect to Defendants filing of its opposition to Plaintiff's Motion for Preliminary Injunction for the following reasons:

    1.    Local Civil Rule 65.1(c) requires that an Opposition to a Motion for Preliminary Injunction be served and filed within *five* days after service of the application for preliminary injunction.[1] Accordingly, Defendants' Opposition would have been due on Tuesday, March 27, 2007. By Order dated March 21, 2007, this Court set the Defendants'

---

[1] Plaintiff is puzzled by Defendants' statement that there is normally a two-week response time. Defendants' Motion at ¶ 4.

response time as March 30, 2007, thus already allowing Defendants three additional days to file their response.

2.   As set forth in Plaintiff's Motion for Preliminary Injunction, Plaintiff requested an expedited hearing on its Motion. As noted more fully in its Motion and supporting memorandum, in its lawsuit, Capitol Paving filed a lawsuit seeking to have this Court declare invalid and enjoin the implementation of a provision in the District of Columbia Small, Local and Disadvantaged Business Enterprise Development and Assistance Act of 2005 ("the 2005 SLDBEDA Act"), D.C. Code Sections 2-218.01, *et seq.*, which gives an unprecedented and disproportionate preference (Longtime Resident Business or LRB) to entities who have been in business in the District of Columbia for twenty consecutive years or longer. Although Capitol Paving seeks a preliminary injunction with respect to the application of this law to all solicitations and contracts, of most immediate concern is the District of Columbia's indication that it is about to award a contract ("the Alley Contract") to another contractor, whereby the application of this LRB preference resulted in that contractor being deemed the low bidder although Capitol Paving was the apparent low bidder before the application of the LRB preference.

3.   Although the District suggests that Plaintiff cannot be prejudiced by the extension since Plaintiff did not file its motion until two months after filing its lawsuit, as noted in Plaintiff's motion, the awarding of the contract in the Alley Contract case has just become of immediate concern when Capitol Paving's Motion to Stay in its appeal of its Protest was denied by the Superior Court on March 15, 2007 and, in association with that Motion, the District indicated that it is taking steps to move forward with the award of that contract.

4.      When counsel for Defendants sought consent for its motion for extension, counsel for Capitol Paving suggested that the parties agree that the District refrain from awarding the Alley Contract until such time as this Court can rule on Plaintiff's Motion for Preliminary Injunction, in which case Plaintiff would have no objection to the District's enlargement of time.  Without such agreement, if Plaintiff were to agree to the Defendants' further delaying of consideration of the Motion for Preliminary Injunction, and, in the meantime, defendants proceed to award the Alley Contract, Plaintiff would be severely prejudiced.

5.      Although defendants are seeking just a one business day extension, this one day would extend the filing time from Friday, March 30 to Monday, April 2, 2007.  The undersigned counsel for Plaintiff, Douglas A. Datt, is scheduled to be out of the office during the week of April 2, 2007, due to a previously scheduled vacation.  In addition, Mr. Datt's co-counsel, Rhoda S. Barish, is also scheduled to be out of the office during that time due to religious observance and pre-scheduled vacation.[2]  Plaintiff's counsel was planning to draft Plaintiff's Reply to Defendant's Opposition from the time of receipt of defendant's opposition on Friday, March 30, through the weekend, in order to have it ready to be filed in the beginning of the week of April 2, 2007.  Due to these scheduling restraints, Plaintiff might otherwise have requested a similar extension, and indeed, defendants have stated that they do not object to Plaintiff receiving a corresponding extension.  In light of the impending award of the Alley Contract, however, and the scheduling limitations, Plaintiff cannot agree to delaying consideration of its Motion.  Again, counsel for Plaintiff wants to reiterate that it normally would have no objection to such an extension, however, given the noted problems

---

[2] Both counsel have made arrangements to cut their vacations short if their presence is required at the end of the week.

- 3 -

with scheduling, and the imminent harm that Capitol Paving faces, Plaintiff objects to the Motion for Extension in these circumstances.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion.

>Respectfully submitted,
>
>GAVETT AND DATT, P.C.
>
>/s/ *Douglas A. Datt*
>Douglas A. Datt, Bar No. 410354
>Rhoda S. Barish, Bar No. 366658
>15850 Crabbs Branch Way, Suite 180
>Rockville, MD 20855-2622
>ddatt@gavettdatt.com
>Telephone: (301) 948-1177
>Facsimile: (301) 948-4334
>**Counsel for Plaintiff**
>**Capitol Paving of D.C., Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 22nd day of March, 2007, a copy of the foregoing Plaintiff's Response to Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion, Supporting Memorandum of Points and Authorities, and proposed Order were served by filing with the Court's electronic filing service, with instructions to serve on the following:

Carl J. Schifferle, Esquire
Assistant Attorney General
441 Fourth Street, N. WE., Suite 6008
Washington, D. C.  20001
Telephone: (202) 724-6624
Facsimile: (202) 727-3625
E-mail: carl.schifferle@dc.gov
***Counsel for Defendants District of Columbia***
***and Mayor Adrian Fenty***

>/s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\Response-Motion-Extension-PI.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : | |
| Plaintiff | : | |
| vs. | : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* | : | |
| Defendants | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
PLAINTIFF'S RESPONSE TO
DEFENDANTS' PARTIAL CONSENT MOTION TO
CONTINUE STATUS CONFERENCE AND FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S PRELIMINARY INJUNCTION MOTION**

1.  Fed. R. Civ. P. Rule 65 and Local Civil Rule 65.1.

2.  The inherent powers of this Court.

3.  The reasons stated in Plaintiff's Response to Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion.

Respectfully submitted,

GAVETT AND DATT, P.C.

/s/ *Douglas A. Datt*
Douglas A. Datt, Bar No. 410354
Rhoda S. Barish, Bar No. 366658
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
ddatt@gavettdatt.com
Telephone: (301) 948-1177
Facsimile: (301) 948-4334
**Counsel for Plaintiff**
**Capitol Paving of D.C., Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
| **Plaintiff** | : |
| v. | : Civil Action No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA, et al.** | : |
| **Defendants** | : |

### ORDER

UPON CONSIDERATION of the Defendants' Partial Consent Motion to Continue Status Conference and for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion, the Memorandum of Points and Authorities filed in support thereof, and the response thereto filed by Plaintiff, it is by the Court this ____ day of _____, 2007,

ORDERED, that the Defendants' Partial Consent Motion to Continue Status Conference is GRANTED; and Defendants' Motion for an Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion is hereby DENIED; and it is,

FURTHER ORDERED, that the Defendants shall respond to the Plaintiff's Motion for Preliminary Injunction as originally ordered, no later than March 30, 2007; and it is,

FURTHER ORDERED, that the status Conference originally scheduled for April 5, 2007, shall be continued to _____.

_____
Judge
United States District Court for the
District of Columbia

cc: Douglas A. Datt, Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way
Suite 180
Rockville, MD 20855-2622

Carl J. Schifferle, Esquire
Assistant Attorney General
441 Fourth Street, N. WE., Suite 6008
Washington, D. C.   20001

- 2 -