IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC. | : |
|     Plaintiff | : |
| v. | :    Civil Case No. 07cv113 (RJL) |
| DISTRICT OF COLUMBIA et al. | : |
|     Defendants | : |

**SUPPLEMENT TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff, Capitol Paving of D.C., Inc., by its attorneys, Gavett and Datt, P.C., and Douglas A. Datt, Esquire, respectfully files this Local Civil Rule 7(m) Certificate, which it inadvertently did not include in its Motion for Preliminary Injunction filed on March 20, 2007.

**Local Civil Rule 7(m) Certificate**

Counsel for Plaintiff, Capitol Paving of D.C., Inc., and Counsel for Defendants, District of Columbia and Mayor Adrian Fenty, discussed the filing of this Motion, and Defendants do not consent to Plaintiff's Motion for Preliminary Injunction.

    Respectfully submitted,

    GAVETT AND DATT, P.C.

    /s/ *Douglas A. Datt*
    Douglas A. Datt, Bar No. 410354
    Rhoda S. Barish, Bar No. 366658
    15850 Crabbs Branch Way, Suite 180
    Rockville, MD 20855-2622
    ddatt@gavettdatt.com
    Telephone: (301) 948-1177
    Facsimile: (301) 948-4334
    **Counsel for Plaintiff**
    **Capitol Paving of D.C., Inc.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 22nd day of March, 2007, a copy of the foregoing Supplement to Plaintiff's Motion for Preliminary Injunction, was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Carl J. Schifferle, Esquire
Assistant Attorney General
441 Fourth Street, N. WE., Suite 6008
Washington, D. C.   20001
Telephone: (202) 724-6624
Facsimile: (202) 727-3625
E-mail: carl.schifferle@dc.gov
***Counsel for Defendants District of Columbia
and Mayor Adrian Fenty***

/s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\SUPPLEMENT-MOTION-PRELIM-INJUNCTION.wpd