UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ )  | |
| CAPITOL PAVING OF D.C., INC., ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | Civil Action No. 07-00113  (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of the undersigned Jack M. Simmons, III, as additional counsel for defendants.

Dated: March 23, 2007                    Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/  Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


  /s/  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431  (fax)
jack.simmons@dc.gov
Attorney for Defendant