UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITOL PAVING OF D.C., INC., <br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-00113 (RJL) <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION OF DEFENDANTS
FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION
TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Defendants move the Court for leave to file a sur-reply in further opposition to Plaintiff's motion for a preliminary injunction in the referenced matter.

The grounds for this motion are that Plaintiff has raised, in its Reply memorandum, certain issues regarding the status of changes to the statute at issue. The Sur-Reply is needed to respond to those issues and to submit to the Court those documents that are relevant to those issues.

Plaintiff consents to the relief sought in this motion.

Dated: April 5, 2007

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

  /s/   Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


  /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITOL PAVING OF D.C., INC., <br> Plaintiff, <br> v. <br> DISTRICT OF COLUMBIA, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 07-00113 (RJL) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
CONSENT MOTION OF DEFENDANTS
FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION
TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

1. The Rules and inherent powers of this Court.

2. Plaintiff has raised, in its Reply memorandum, certain issues regarding the status of changes to the statute at issue. The Sur-Reply is needed to respond to those issues and to submit to the Court those documents that are relevant to those issues.

3. The consent of the Plaintiff.

Dated: April 5, 2007

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


           /s/   Kimberly M. Johnson
        KIMBERLY MATTHEWS JOHNSON
        Chief, Section 1

2

DC Bar No. 435163


  /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CAPITOL PAVING OF D.C., INC., <br>     Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-00113 (RJL) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon consideration of the Consent Motion of Defendants for Leave to File a Sur-Reply to Plaintiff's Motion for Preliminary Injunction and the entire record herein, it is, this _____ day of _____, 2007, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED: That Defendants' sur-reply, lodged with the Court on April 4, 2007, shall be deemed filed as of the date of this Order.

_____
United States District Judge

cc:

Douglas A. Datt, Esq.
Gavett & Datt, PC
Suite 180
15850 Crabbs Branch Way
Rockville, MD 20855-2622

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC 20001-2714