UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| CAPITOL PAVING OF D.C., INC., ) | |
|      Plaintiff, ) | |
| ) | |
|      v. ) | Civil Action No. 07-00113  (RJL) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
|      Defendants. ) | |
| _____ ) | |

**PRACIPE**

At the preliminary injunction hearing in the above-captioned matter held on Thursday, April 5, 2007, the Court requested that it be kept apprised of the status of Capitol Paving's application for small business certification.  The D.C. Small and Local Business Opportunity Commission approved the application of Capitol Paving of D.C., Inc, for certification as a small business at its meeting of April 10, 2007.  A copy of the formal letter of notification, just received by this Office, is attached.

The Court also requested that the government provide a copy of the formal cancellation of the solicitation for bids for the slurry seal contract (a type of street repair).  The D.C. Interim Chief Procurement Officer cancelled POKA-2006-B-0090-LJ, the solicitation for the slurry seal contract, on March 22, 2007.  A copy of that cancellation is attached.

Dated:  May 1, 2007        Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_/s/_  Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163


_/s/_  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

## DETERMINATION AND FINDINGS

### For

### Cancellation of the Solicitation

**Agency:**          District Department of Transportation  (DDOT)

**Solicitation No.**    **POKA-2006-B-0090-LJ**

**Name of Project:**    FY-2006 City-Wide Slurry Seal and Chip Seal Contract

### FINDINGS

1.    **Authorization:**

This action is proposed in accordance with DC Code Section 2-303.07 and DCMR 27
Section 1530.4(f) -

2.    **Minimum Need:**

Work under this contract consists of joint sealing, slurry sealing and chip sealing with fabric
the roadways and alleys. Location of work will be city- wide.

3.    **Estimated Reasonable Cost:**

$ 952,300.00

4.    **Facts Which Justify Cancellation of the Solicitation:**

A.    Bids for the subject contract were opened on January 10, 2007 with two (2)
bidders responding as follows:

| Bidder's Name | Bid Price |
|---|---|
| (1) KC Home Improvement & Construction Company | $1,516,550.00 |
| (2) Anchor Construction Corporation | $1,754,600.00 |

B.    All of the bids received were found to be responsive.    However a comparison of proposed prices received in response to the solicitation shows that the bids submitted are substantially above the government estimate. The lowest bid is 159.26 % and the highest bid is 184.25% above the government estimate. We have reviewed its estimate and have determined that it reflects the market value for the items in the solicitation.

It is to be noted that the work is highly specialized and only a few companies in the area performs these projects. The two companies who bid are not known to be active contractors in this market. We believe their lack of experience and expertise in this area is largely responsible for the disparity between our estimate and their prices.

The Department can find no reasonable justification for the unreasonable bid prices. Therefore cancellation of this solicitation is appropriate.

5.    **Certification By Agency Chief Contracting Officer:**

I hereby certify that the above findings are correct and complete to the best of my knowledge and belief.

_3/21/07_
Date

_Jerry M. Carter_
Jerry M. Carter
Contracting Officer

### DETERMINATION

Based on the above findings and in accordance with the DC Code Section 2-303.07 and DCMR 27 Section 1530.4(f), it is hereby determined that cancellation of this solicitation is in the best interest of the District of Columbia.

_3/22/07_
Date

_E. M. Scarborough_
for Oscar S. Rodriguez
Interim Chief Procurement Officer

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## SMALL AND LOCAL BUSINESS OPPORTUNITY COMMISSION



April 12,, 2007

Francisco Rodriguez-Neto
Capitol Paving of D.C., Inc.
2211 CHANNING STREET NE
WASHINGTON, DC 20018

Re: LS00535092007

Dear Mr. Rodriguez-Neto:

The District of Columbia Small & Local Business Opportunity Commission (SLBOC) during its meeting on 9/28/2005, approved your application for an recertification and registered your business enterprise in the Small, Local, and Disadvantaged Business Enterprise Program as established by the Small, Local, and Disadvantaged Business Development and Assistance Act of 2005, effective October 20, 2005 (D.C. Law 16-33; 52 DCR 7503), as amended. The business enterprise is duly registered by the Commission as a:

Construction Services (General, Heavy)
General Services (Public Works and Related Services)
Local Business Enterprise
Small Business Enteprise

IMPORTANT NOTICE:

D.C. LAW 16-33 MANDATES THE FOLLOWING REQUIREMENTS FOR CERTIFIED BUSINESSES

1. This Certification of Registration, pursuant to D.C. Law 16-33 Subpart 3 will expire two (2) years from the effective date of approval. Your application for re-certification must be submitted 90 days prior to your expiration date. There will be no other notification.

2. Bidding in accordance with this law shall be limited to the above industry classification(s), and this letter must be attached to the front of the contractor's sealed bid.

3. All certified businesses must comply with all provisions of D.C. Law 16-33,

4. Pursuant to Section 2363 of D.C. Law 16-33, the Commission may revoke or suspend the certificate of registration of a business enterprise that is engaged in fraud or deceit in obtaining registration; furnished substantially inaccurate or incomplete ownership or financial information; acted in gross negligence, incompetence, financial irresponsibility or misconduct in the practice or trade or profession.

5.   If there are any changes in your company or corporation, that may affect your eligibility, you must notify the Department of Small & Local Business Development Office within 30 days.

CERTIFICATION NUMBER: LS00535092007

DATE OF APPROVAL: 9/28/2005

DATE OF EXPIRATION: 9/28/2007

Sincerely,

Darrin Glymph, Esq.
Chair