**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** : | |
| Plaintiff : | |
| v. : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* : | |
| Defendants : | |

## PRAECIPE

In response to the Praecipe filed by Defendants Adrian Fenty and District of Columbia on May 1, 2007, Capitol Paving of D. C., Inc., would indicate to the Court that it has not received certification as a Longtime Resident Business and thus, at present is not entitled to the ten (10) additional preference points granted for LRB status.

        Respectfully submitted,

        GAVETT AND DATT, P.C.

        /s/ *Douglas A. Datt*
        Douglas A. Datt, Bar No. 410354
        15850 Crabbs Branch Way, Suite 180
        Rockville, MD 20855-2622
        ddatt@gavettdatt.com
        Telephone:  (301) 948-1177
        Facsimile:  (301) 948-4334
        **Counsel for Plaintiff**
        **Capitol Paving of D.C., Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 3rd day of May, 2007, a copy of the foregoing Praecipe was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C. 20001-2714
Telephone: (202) 724-6653
Facsimile: (202) 727-0431
***Co-Counsel for Defendants District of Columbia
and Mayor Adrian Fenty***

/s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\Praecipe.wpd

- 2 -