UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAPITOL PAVING OF D.C., INC., <br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-00113 (RJL) |

**PRAECIPE**

At the preliminary injunction hearing in the above-captioned matter held on Thursday, April 5, 2007, the Court requested that it be kept apprised of the status of the District's contract solicitation regarding alley repair and rehabilitation, No. POKA-2005-C-0015-LS. The proposed contract was deemed approved by the D.C. Council on May 7, 2007 (after it had been submitted to the Council for review and the Council took no action to disapprove the proposed contract).

The matter will now return to the D.C. Office of Contracting and Procurement for such further action as it may deem appropriate, including the award of the contract.

Dated: May 8, 2007              Respectfully submitted,

                                LINDA SINGER
                                Attorney General for the District of Columbia

                                GEORGE C. VALENTINE
                                Deputy Attorney General
                                Civil Litigation Division


                                  /s/   Kimberly M. Johnson
                                KIMBERLY MATTHEWS JOHNSON
                                Chief, Section 1
                                DC Bar No. 435163

      /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

Case 1:07-cv-00113-RJL   Document 26   Filed 05/08/2007   Page 2 of 2