UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAPITOL PAVING OF D.C., INC., <br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-00113 (RJL) |

## PRAECIPE

Further to the Defendants' Praecipe of May 8, 2007, providing information on the status of the District's contract solicitation regarding alley repair and rehabilitation, No. POKA-2005-C-0015-LS, the Defendants file the additional information. The D.C. Office of Contracting and Procurement today indicated that it intends to formally award the subject contract on Thursday, May 10, 2007.

Dated: May 9, 2007

                                      Respectfully submitted,

                                      LINDA SINGER
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General
                                      Civil Litigation Division


                                       /s/  Kimberly M. Johnson
                                      KIMBERLY MATTHEWS JOHNSON
                                      Chief, Section 1
                                      DC Bar No. 435163

/s/  Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant