UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAPITOL PAVING OF D.C., INC., ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civil Action No. 07-00113 (RJL) | |
| ) | | |
| DISTRICT OF COLUMBIA, *et al.*, ) | | |
| Defendants. ) | | |
| ) | | |

**PRAECIPE IN RESPONSE TO CAPITOL PAVING'S
PRAECIPE OF MAY 3, 2007**

At the preliminary injunction hearing in the above-captioned matter held on Thursday, April 5, 2007, the Court requested that it be kept apprised of the status of Capitol Paving's application for small business certification. The D.C. Small and Local Business Opportunity Commission approved the application of Capitol Paving of D.C., Inc, for certification as a small business at its meeting of April 10, 2007. A copy of the formal letter of notification was previously provided to the Court (Docket No. 24).

On May 3, 2007, Plaintiff filed a Praecipe (Docket No. 25) stating "that [Capitol Paving] has not received certification as a Longtime Resident Business and thus, at present is not entitled to the ten (10) preference points granted for LRB status."

It should be noted that Capitol Paving filed its application for Longtime Resident Business with the D.C. Department of Small and Local Business Development on April 11, 2007, the day after its application for small business certification was approved.

The Department has determined that the application required additional information and documents and so notified Capitol Paving. Capitol has submitted additional documents

including a submission hand-delivered to the Department yesterday, May 8, 2007. Once the Department has reviewed the additional documents and if the Department finds that they provide the needed additional information to complete the application, the application will be referred to the D.C. Small and Local Business Opportunity Commission for action.

Dated: May 9, 2007                     Respectfully submitted,

                                            LINDA SINGER
                                            Attorney General for the District of Columbia

                                            GEORGE C. VALENTINE
                                            Deputy Attorney General
                                            Civil Litigation Division


                                              /s/   Kimberly M. Johnson
                                            KIMBERLY MATTHEWS JOHNSON
                                            Chief, Section 1
                                            DC Bar No. 435163


                                              /s/   Jack M. Simmons, III
                                            JACK M. SIMMONS, III
                                            Assistant Attorney General
                                            DC Bar No. 925420
                                            441 Fourth St., NW, Sixth Floor South
                                            Washington, DC  20001-2714
                                            (202) 724-6653
                                            (202) 727-0431   (fax)
                                            jack.simmons@dc.gov
                                            Attorney for Defendant