IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** : | |
|     **Plaintiff** : | |
| **v.** : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* : | |
|     **Defendants** : | |

**PLAINTIFF CAPITOL PAVING OF D. C., INC.'S
PRAECIPE IN RESPONSE TO
DEFENDANTS' PRAECIPE OF MAY 8, 2007**

At the preliminary injunction hearing in the above-captioned matter on Thursday, April 5, 2007, the Court requested that it be kept apprised of the status of the District's Contract Solicitation regarding Alley repair and rehabilitation, No. POKO-2005-C-0015-LS. Counsel for Plaintiff requested that he be advised of the status of the contract being submitted to the Mayor and/or the D. C. Council for approval and counsel for Defendants affirmed that he would advise the Court and all counsel when the proposed contract was submitted to the Mayor and/or Council for review.

Subsequent to March 15, 2007, counsel for Plaintiff contacted counsel for Defendants on a number of occasions, inquiring as to the status of the contract, only to be advised in each instance that the status had not changed.

On May 8, 2007, in response to a rumored approval of the contract, counsel for Plaintiff contacted counsel for Defendants to determine whether in fact the contract was deemed approved. Counsel for Defendants was unaware at that time whether or not the contract was deemed approved but indicated that he would research the issue and respond to counsel for Plaintiff. Late in the evening on May 8, 2007, counsel for Defendants advised that he learned for the first time that, in fact, the proposed contract had been approved on

May 7, 2007. Counsel for Defendants advised that the District of Columbia had not provided counsel with any information subsequent to March 15, 2007, regarding the contract being submitted to the Mayor or to the D. C. Council for approval. By failing to receive timely notice of the contract being submitted to the Mayor or the D. C. Council for approval, Plaintiff was denied the opportunity to further challenge the award of the contract during the statutory ten (10) day approval period before the D. C. Council. Therefore, in the absence of a preliminary injunction, the reference contract will proceed to be awarded to Fort Myer Construction Company even though Plaintiff, Capitol Paving, was the low bidder prior to the application of the Longtime Resident Business preference.

    Respectfully submitted,

    GAVETT AND DATT, P.C.

    By: /s/ *Douglas A. Datt*
    Douglas A. Datt, Bar No. 410354
    15850 Crabbs Branch Way, Suite 180
    Rockville, MD 20855-2622
    ddatt@gavettdatt.com
    Telephone: (301) 948-1177
    Facsimile: (301) 948-4334
    **Counsel for Plaintiff**
    **Capitol Paving of D.C., Inc.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, this 15th day of May, 2007, a copy of the foregoing Plaintiff Capitol Paving of D. C., Inc.'s Praecipe in Response to Defendants' Praecipe of May 8, 2007 was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
***Co-Counsel for Defendants District of Columbia
and Mayor Adrian Fenty***

/s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\PraecipeInResponse.wpd