UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Civ. Action No. 07cv113 (RJL)** |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 22nd, day of May 2007, hereby

**ORDERED** that [#6] Plaintiff's motion for a preliminary injunction is DENIED.

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

