**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** : | |
| Plaintiff : | |
| v. : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* : | |
| Defendants : | |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

Capitol Paving of D.C., Inc. ("Plaintiff"), and District of Columbia and Adrian M. Fenty ("Defendants"), by and through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby jointly move to reschedule the status conference set for January 17, 2008 at 3:30 p.m. and as reasons therefore set forth the following:

1. The Court has scheduled a status conference in this matter for January 17, 2008 at 3:30 p.m.

2. The parties have been engaged in ongoing discussions in separate but related litigation with the goal of fashioning a global resolution to all litigation between the parties. Those discussions have culminated in a tentative settlement agreement between the parties. Assuming the settlement is finalized, it would result in the dismissal of the instant litigation.

3. The parties are in the process of finalizing the settlement.

4. The parties would respectfully request to continue the status conference for 45 days to allow for the final phase of settlement discussions.

5. The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein.

6. Accordingly, for the reasons stated, Plaintiff and Defendants, through counsel, respectfully request the status conference to be rescheduled for 45 days.

Respectfully submitted,

GAVETT AND DATT, P.C.

/s/ *Douglas A. Datt*
Douglas A. Datt, Bar No. 410354
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
ddatt@gavettdatt.com
Telephone:  (301) 948-1177
Facsimile:  (301) 948-4334
**Counsel for Plaintiff**
**Capitol Paving of D.C., Inc.**

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


      /s/ Kimberly S. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

      /s/ Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
***Counsel for Defendants District of Columbia and Mayor Adrian Fenty***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 16 day of January, 2008, a copy of the foregoing Joint Motion was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
**Counsel for Defendants District of Columbia
and Mayor Adrian Fenty**

John Dwight Bosley
Fort Myer Construction Corporation
jbosley@fortmyer.com

/s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\motion for continuance.wpd

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
| **Plaintiff** : | |
| v. : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* : | |
| **Defendants** : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

1. Fed. R. Civ. P. 6(b)(1)

2. The inherent powers of this Court

3. The reasons stated in the Joint Motion to Reschedule Status Conference.

                Respectfully submitted,

                GAVETT AND DATT, P.C.

                /s/ *Douglas A. Datt*
                Douglas A. Datt, Bar No. 410354
                15850 Crabbs Branch Way, Suite 180
                Rockville, MD 20855-2622
                ddatt@gavettdatt.com
                Telephone: (301) 948-1177
                Facsimile: (301) 948-4334
                **Counsel for Plaintiff**
                **Capitol Paving of D.C., Inc.**

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


　　　　/s/ Kimberly S. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

　　　/s/ Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
***Counsel for Defendants District of Columbia and Mayor Adrian Fenty***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CAPITOL PAVING OF D.C., INC.:**

   **Plaintiff**

                                        :

**v.**                                        :    **Civil Case No. 07cv113 (RJL)**

**DISTRICT OF COLUMBIA,** *et al.* **:**

   **Defendants**                           :

## **ORDER**

UPON CONSIDERATION of the Joint Motion to Reschedule Status Conference, the Memorandum of Points and Authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2008,

ORDERED, that the Joint Motion to Reschedule Status Conference is hereby GRANTED; and it is further

ORDERED, that the parties shall appear for a status conference on the _____ day of _____, 2008.

                                                       _____
                                                       Richard J. Leon
                                                     United States District Judge

Copies to:

Douglas A. Datt Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714