**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
| Plaintiff | : |
| v. | :  Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA,** *et al.* | : |
| Defendants | : |

**JOINT MOTION TO RESCHEDULE STATUS CONFERENCE**

Capitol Paving of D.C., Inc. ("Plaintiff"), and District of Columbia and Adrian M. Fenty ("Defendants"), by and through counsel and pursuant to Fed. R. Civ. P. 6(b)(1), hereby jointly move to reschedule the status conference set for April 16, 2008 at 4:00 p.m. and as reasons therefore set forth the following:

1.  The Court has scheduled a status conference in this matter for April 16, 2008 at 4:00p.m. Counsel for the parties appeared for a status conference on February 27, 2008 and advised the court that a settlement had been reached and that the parties were in the process of finalizing the settlement process.

2.  The parties have finalized the settlement process. The Release has been executed by Plaintiff and a payment order has been issued by the District and delivered to DDOT for processing. Counsel for Defendant has requested that the processing be expedited. Once the funds are received by Plaintiff, a Stipulation of Dismissal will be filed.

3.  Counsel for Plaintiff is unable to attend the Status Conference set for April 16, 2008 as he has a trial scheduled for April 15 and 16, 2008 in the Circuit Court for Arlington County, Virginia(*Anita McKim-Spilker v. Dittmar Company et.al. At law No. 07770*) The parties would respectfully request to continue the status conference to April 23, 2008 at

4:00p.m. or another mutually convenient date. Of course, if the monies are received by Plaintiff in the interim, there will be no need for a Status Conference.

4. The granting of this motion will neither interfere with the administration of justice nor prejudice the parties herein. In addition, it will save the court and the parties further expenditure of time in connection with a case that has effectively been settled.

5. Accordingly, for the reasons stated, Plaintiff and Defendants, through counsel, respectfully request the status conference to be rescheduled.

> Respectfully submitted,
>
> GAVETT AND DATT, P.C.
>
> /s/ *Douglas A. Datt*
> Douglas A. Datt, Bar No. 410354
> 15850 Crabbs Branch Way, Suite 180
> Rockville, MD 20855-2622
> ddatt@gavettdatt.com
> Telephone: (301) 948-1177
> Facsimile: (301) 948-4334
> **Counsel for Plaintiff**
> **Capitol Paving of D.C., Inc.**
>
> PETER J. NICKLES
> Interim Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
>       /s/ Kimberly S. Johnson
> KIMBERLY MATTHEWS JOHNSON
> Chief, Section 1
> DC Bar No. 435163
>
>       /s/ Jack M. Simmons, III
> Jack M. Simmons, III
> Assistant Attorney General
> 441 Fourth Street, N. W., Sixth Floor south
> Washington, D. C. 20001-2714
> Telephone: (202) 724-6653

- 2 -

Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
*Counsel for Defendants District of Columbia and Mayor Adrian Fenty*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, this 1 day of April, 2008, a copy of the foregoing Joint Motion was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
*Counsel for Defendants District of Columbia and Mayor Adrian Fenty*

John Dwight Bosley
Fort Myer Construction Corporation
jbosley@fortmyer.com


/s/ *Douglas A. Datt*


F:\Data\GD\Corporate\104.000\104-35\Pleadings\motion for continuance(3).com.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CAPITOL PAVING OF D.C., INC.**           :

    **Plaintiff**
:

**v.**                                     :       Civil Case No. 07cv113 (RJL)

**DISTRICT OF COLUMBIA,** *et al.*         :

    **Defendants**
:

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

1. Fed. R. Civ. P. 6(b)(1)

2. The inherent powers of this Court

3. The reasons stated in the Joint Motion to Reschedule Status Conference.

    Respectfully submitted,

    GAVETT AND DATT, P.C.

    /s/ *Douglas A. Datt*
    Douglas A. Datt, Bar No. 410354
    15850 Crabbs Branch Way, Suite 180
    Rockville, MD 20855-2622
    ddatt@gavettdatt.com
    Telephone: (301) 948-1177
    Facsimile: (301) 948-4334
    **Counsel for Plaintiff**
    **Capitol Paving of D.C., Inc.**

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


            /s/ Kimberly S. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

       /s/ Jack M. Simmons, III
Jack M. Simmons, III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
***Counsel for Defendants District of Columbia and Mayor Adrian Fenty***

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CAPITOL PAVING OF D.C., INC.**:

    **Plaintiff**

                                               **:**

**v.**                                           **:**    **Civil Case No. 07cv113 (RJL)**

**DISTRICT OF COLUMBIA,** *et al.* **:**

    **Defendants**                          **:**

## **ORDER**

UPON CONSIDERATION of the Joint Motion to Reschedule Status Conference, the Memorandum of Points and Authorities filed in support thereof, and for good cause shown, it is by the Court this _____ day of _____, 2008,

ORDERED, that the Joint Motion to Reschedule Status Conference is hereby GRANTED; and it is further

ORDERED, that the parties shall appear for a status conference on the _____ day of _____, 2008.

                                                                           _____
                                                                           Richard J. Leon
                                                                           United States District Judge

Copies to:

Douglas A. Datt Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714