IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** : | |
|     Plaintiff : | |
| v. : | Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA et al.** : | |
|     Defendants : | |

### PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

Pursuant to Fed. R. Civ. Proc. 7, Capitol Paving of D.C., Inc. ("Plaintiff"), by its attorneys, Gavett and Datt, P.C., and Douglas A. Datt, Esquire hereby moves to enforce the Settlement Agreement entered into between Plaintiff and Defendants, District of Columbia and Adrian M. Fenty, ("Defendants") and as reasons therefore sets forth the following:

    1.    On or about January 19, 2007, Plaintiff filed a Complaint for declaratory and injunctive relief against Defendants.

    2.    Negotiations between the Plaintiff and Defendants ensued which culminated in an agreement in December of 2007. The Settlement Agreement entered into between the parties was based on a payment of $225,000.00 from Defendants to Plaintiff. In return for the payment, Plaintiff would dismiss with prejudice the instant litigation as well as two related cases pending in litigation before the Superior Court for the District of Columbia.

    3.    The specific language of the Release document was negotiated and agreed upon between the parties and on or about March 14, 2008 Plaintiff forwarded the executed Release to Defendants. (*See* Exhibit 1, letter conveying executed Release).

4. Plaintiff was advised on or about March 27, 2008 that the payment order had been issued and delivered to the District Department of Transportation for processing. Expedited processing and payment had been requested by counsel for the District.

5. At status conferences held in the instant case on January 17, 2008 and February 27, 2008 counsel for the parties advised the Court of the fact that a settlement had been reached, that release language was being negotiated and finally, that Plaintiff was waiting for payment. A follow-up status conference has been scheduled for June 9, 2008.

6. Despite numerous requests both by telephone and e-mail to counsel for Defendants regarding payment of the outstanding monies owed to Plaintiff, no payment has been forthcoming.

7. Despite representations that the request for payment is being processed, no funds have been forthcoming.

8. This "settlement process" has been ongoing since December of 2007 but was finalized on or about March 21, 2008 when Defendants received the executed releases from Plaintiff. Despite receipt of executed releases on or about March 21, 2008, in excess of 60 days has expired with no payment forthcoming to Plaintiff. In addition, there has been no concrete indication as to when the settlement funds will be received, if ever.

9. Plaintiff negotiated the instant settlement in good faith and has complied with all the necessary terms of the Settlement Agreement.

10. Defendants on the other hand, have failed to comply with the single most important element of the settlement, in that they have failed to pay the agreed upon settlement funds to Plaintiff.

11. No good cause exists for failure of Defendants to pay Plaintiff the agreed upon settlement funds.

12. Plaintiff requests that the Court issue an Order enforcing the Settlement Agreement between the parties.

WHEREFORE, Plaintiff Capitol Paving of D.C., Inc. respectfully requests the Court to issue an Order enforcing the Settlement Agreement between the parties and ordering Defendants to pay Plaintiff the agreed upon settlement funds.

Respectfully submitted,

GAVETT AND DATT, P.C.

/s/ *Douglas A. Datt*
Douglas A. Datt, Bar No. 410354
Rhoda S. Barish, Bar No. 366658
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
ddatt@gavettdatt.com
Telephone: (301) 948-1177
Facsimile: (301) 948-4334
**Counsel for Plaintiff**
**Capitol Paving of D.C., Inc.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
|     **Plaintiff** | : |
| v. | :   **Civil Case No. 07cv113 (RJL)** |
| **DISTRICT OF COLUMBIA et al.** | : |
|     **Defendants** | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT

1. Fed. R. Civ. Proc. 7.

2. The inherent powers of this Court.

3. The reasons stated in Plaintiff's Motion to Enforce Settlement Agreement.

                                      GAVETT AND DATT, P.C.

                                      /s/ *Douglas A. Datt*
                                      Douglas A. Datt

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, this 30th day of May, 2008, a copy of the foregoing Plaintiff's Motion to Enforce Settlement Agreement, Memorandum of Points and Authorities in Support, and proposed Order were served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons, III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714
Telephone:  (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
***Counsel for Defendants District of Columbia
and Mayor Adrian Fenty***

                                        /s/ *Douglas A. Datt*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CAPITOL PAVING OF D.C., INC.**:

    **Plaintiff**                      :

**v.**                                      :    Civil Case No. 07cv113 (RJL)

**DISTRICT OF COLUMBIA,** *et al.*  :

    **Defendants**                :

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Enforce Settlement Agreement, the Memorandum of Points and Authorities filed in support thereof, and any opposition thereto, it is by the Court this _____ day of _____, 2008,

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that Defendants, the District of Columbia and Adrian M. Fenty, shall pay the sum of Two Hundred and Twenty-Five Thousand Dollars ($225,000.00) to Plaintiff Capitol Paving of D.C., Inc. by the _____ day of _____, 2008; the failure to pay by said date shall result in interest being assessed at the post-judgment rate, and it is further

ORDERED, that Defendants shall pay to the Plaintiff $_____, for attorney's fees and expenses incurred in drafting and prosecuting the instant motion.

                                            _____
                                            Judge, United States District Court
                                            for the District of Columbia

Copies to:

Douglas A. Datt Esquire
Gavett and Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, Maryland 20855

Jack M. Simmons III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C.  20001-2714

6

| | | |
|---|---|---|
| **Main Office** | # Gavett and Datt, P.C. | Virginia Office |
| Suite 180 | | 122 South Royal Street |
| 15850 Crabbs Branch Way | | P.O. Box 19140 |
| Rockville, MD 20855 | | Alexandria, VA 22320 |
| 301/948-1177 | ATTORNEYS AT LAW | 703/549-9329 |
| 301/948-4334 Facsimile | | *Please reply to Main Office* |

**Douglas A. Datt**
Licensed in MD, DC, VA, GA
ddatt@gavettdatt.com

March 19, 2008

**Via Overnight Mail**
Jack N. Simmons, Esquire
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001-2714

    Re:    DC DOT Ward 7 GAB Claim; CAB No. D-1304

Dear Mr. Simmons:

    Enclosed please find two original signature pages to the Release with reference to the above-referenced matter. Please also find an original W-9.

    If you should have any questions, please do not hesitate to contact me.

Very truly yours,

GAVETT AND DATT, P.C.

By _____
    Douglas A. Datt

DAD/vlr
Enclosures
F:\Data\GD\Corporate\104.000\104-36\Letters\simmons001.wpd

**EXHIBIT 1**

RELEASE

KNOW ALL PERSONS BY THESE PRESENTS, that **Capitol Paving of D.C., Inc.**, 2211 Channing St., NE, Washington, DC 20018, Tax Identification No. 52-1543117 (hereinafter "Capitol"), for and in consideration of the sum of **Two Hundred Twenty-Five Thousand Dollars and No Cents ($225,000.00)**, lawful money of the United States, paid to the said Capitol, by check made payable to the order of Capitol Paving of D.C., Inc., and delivered to it in care of its attorney, Douglas Datt, Esq., the said Capitol, for itself, its predecessors, successors, assigns, parents, subsidiaries, affiliates, officers, directors, shareholders, subcontractors, and/or any other person or entity claiming by, through, or under it or them (collectively "Capitol"), does hereby release and forever discharge the District of Columbia, a municipal corporation, its agencies, instrumentalities, officers, agents, servants, and employees, including without limitation the D.C. Department of Transportation (collectively "District of Columbia"), from any and all losses and any and all actions, damages, claims and demands (including, without limitation, claims for attorneys fees and costs and claims for interest) which the said Capitol now has or may have against the District of Columbia (or which it or any person or persons claiming by, through or under it now or hereafter can or may have) by reason of, relating to, and/or in any way arising out of **District of Columbia Contracts Nos. 02-0045-AA-2-0-KA, 01-0160-AA-2-0-KA, and 02-0024-2-0-KA** (relating generally to local street reconstruction, repairs, and upgrades in Wards 2, 5, 7, and 8, including, without limitation, (1) claims for interest, including claims for interest under the D.C. Quick Payment Act, (2) claims for attorneys' fees, costs, and expenses, (3) claims for equitable adjustments to the contract, (4) claims for work performed in addition to that specified in the contract, and (5) any and all matters raised or that could have been raised in *Appeal of Capitol Paving of D.C., Inc.*, D.C. Contract Appeals Board No. D-1304, <u>*Provided expressly that*</u>, nothing in this agreement shall affect any of Capitol's remaining rights to retainage and obligations under the contracts and the District shall not release the retainage currently being held under the contracts until those obligations are fully performed.

As further consideration for payment of said sum, it is hereby agreed that Capitol will defend, indemnify, and save harmless the District of Columbia, its agencies, instrumentalities, officers, agents, servants, and employees against any and all further claims by reason of, relating to, and/or in any way arising out of the above-described matter.

And it is expressly agreed, as a further consideration for said sum, that this release includes all damages resulting from the above-described matter, whether now manifest or not, together with all direct and indirect consequences thereof, which are now known or which may hereafter become known, the intention hereof being to release the District of Columbia, its agencies, instrumentalities, officers, agents, and employees, completely, finally and absolutely from any and all liabilities arising wholly or partially out of and/or in any way relating to the above-described matter.

It is expressly agreed that any claim made by or on behalf of Capitol for the matters specified above be and the same is hereby withdrawn and that the payment of the said sum fully discharges all claims as specified above. Simultaneously with the execution of this document, Capitol shall furnish a fully executed Praecipe of Dismissal with Prejudice, in the form attached hereto, in *Appeal of Capitol Paving of D.C., Inc.* CAB No. D-1304, which shall provide that each party shall bear its own fees, costs, and expenses. Capitol shall provide a fully executed, original IRS form W-9.

Release
*Appeal of Capitol Paving of D.C., Inc.*, CAB No. D-1304

It is expressly agreed that simultaneously with the execution of this document, Capitol shall furnish a fully executed Praecipe of Dismiss with Prejudice, in the form attached hereto, in *Capitol Paving of D.C., Inc., v. District of Columbia, et al.*, U.S. District Court for the District of Columbia No. 07-00113 (RJL), in the form of the Praecipe attached hereto, which shall provide that each party shall bear its own fees, costs, and expenses. It is further expressly agreed that simultaneously with the execution of this document, Capitol shall furnish a fully executed Praecipe of Dismiss with Prejudice, in the form attached hereto, in *Capitol Paving of D.C., Inc., v. D.C. Contract Appeals Board*, D.C. Superior Court Civil No. 2006 CA 008266, and *Capitol Paving of D.C., Inc., v. D.C. Contract Appeals* Board, D.C. Superior Court Civil No. 2006 CA 008817, consolidated, in the form of the Praecipe attached hereto, which shall provide that each party shall bear its own fees, costs, and expenses.

Capitol does hereby release and discharge forever the District of Columbia from any claim arising out of, relating to, and/or in connection with the Fiscal Year 2005 First Citywide Alley Contract (Contract No. P0KA-2005-P-0015-LS), including the solicitation and/or award of that contract, and from any claim made or that could have been made by Capitol in *Capitol Paving of D.C., Inc., v. District of Columbia, et al.*, U.S. District Court for the District of Columbia No. 07-00113 (RJL), and from any claim made or that could have been made by Capitol in *Capitol Paving of D.C., Inc., v. D.C. Contract Appeals Board*, D.C. Superior Court Civil No. 2006 CA 008266, and *Capitol Paving of D.C., Inc., v. D.C. Contract Appeals Board*, D.C. Superior Court Civil No. 2006 CA 008817, consolidated.

It is expressly agreed that the right to the payment(s) to be made hereunder shall not be assigned. Any assignment of the right to such payments shall be null and void and may be disregarded by the District of Columbia.

IN WITNESS WHEREOF, this **14th** day of **March**, 2008, Francisco Neto, President, having complete and proper authority so to do, has executed this document in the name of Capitol Paving of D.C., Inc.

By: _____
Francisco Neto
President
Capitol Paving of D.C., Inc.

Washington, DC   ): ss

I, **Phuong D. Tran** _____, a Notary Public in and for Washington, D.C., _____, do hereby certify that Francisco Neto, whose name is signed to the foregoing release, personally appeared before me, the said Francisco Neto being personally well known to me as the person who executed the said release, and subscribed and swore to the above release and acknowledged the same to be her act and deed in my presence. And the said Francisco Neto did further make oath that he had carefully read and fully understands the same, and that his execution thereof was voluntary and without reservation of any kind.

Release
Appeal of Capitol Paving of D.C., Inc., CAB No. D-1304

Given under my hand and official seal this ___**14th**___ day of ___**March**___,
2008.

_____
NOTARY PUBLIC

My Commission Expires: _____

Phuong D. Tran
Notary Public District of Columbia
My Commission Expires: August 31, 2008

Release
Appeal of Capitol Paving of D.C., Inc., CAB No. D-1304