UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC., ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, *et al.*, ) <br> Defendants. ) <br> ) | Civil Action No. 07-113 (RJL) |

**CONSENT MOTION OF DEFENDANT TO RE-SCHEDULE
STATUS CONFERENCE**

Defendants District of Columbia and Mayor Adrian Fenty ("the District"), through counsel, respectfully move this Court to re-schedule the status conference in this matter from Monday morning, June 9, 2008, at 11:30 am, to sometime after 2:30 pm the same day.

The basis for the motion is that counsel for Defendant will be out of town over the weekend. If his return flight is on time, counsel will be back in the office by 9:45 am. However, in an abundance of caution and on the possibility that there is a flight delay or other delay in the return to the office, this re-scheduling is requested.

Plaintiff consents to the relief sought.

June 6, 2008                                Respectfully submitted,

                                                         PETER J. NICLKES
                                                         Interim Attorney General for the District of Columbia

                                                         GEORGE C. VALENTINE
                                                         Deputy Attorney General
                                                         Civil Litigation Division


                                                           /s/   Kimberly M. Johnson
                                                         KIMBERLY MATTHEWS JOHNSON
                                                         Chief, Section 1
                                                         DC Bar No. 435163

      /s/   Jack M. Simmons, III
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAPITOL PAVING OF D.C., INC.,<br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br>Defendants. | )<br>)<br>)<br>) Civil Action No. 07-113 (RJL)<br>)<br>)<br>)<br>) |

**ORDER**

Upon consideration of the consent motion of Defendant District of Columbia to re-schedule the status conference on Monday, June 9, 2008, and the entire record herein, it is, by the Court, this _____ day of _____, 2008, hereby –

ORDERED: That the motion be, and hereby is, GRANTED; and it is

FURTHER ORDERED:  That the status conference shall take place on Monday, June 9, 2008, at _____ p.m.

_____
U.S. District Judge

cc:

Jack M. Simmons, III
Assistant Attorney General
441 Fourth St., NW, Sixth Floor South
Washington, DC  20001-2714


Douglas A. Datt, Esq.
Gavett & Datt, PC
Suite 180
15850 Crabbs Branch Way
Rockville, MD  20855-2622