IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CAPITOL PAVING OF D.C., INC.** | : |
|     Plaintiff | : |
| v. | :   Civil Case No. 07cv113 (RJL) |
| **DISTRICT OF COLUMBIA et al.** | : |
|     Defendants | : |

**PLAINTIFF'S SUPPLEMENT TO MOTION TO ENFORCE
SETTLEMENT AGREEMENT**

Pursuant to Fed. R. Civ. Proc. 7, Capitol Paving of D.C., Inc. ("Plaintiff"), by its attorneys, Gavett and Datt, P.C., and Douglas A. Datt, Esquire hereby files this Supplement to the previously filed Motion to Enforce Settlement Agreement, and sets forth the following:

**CERTIFICATE**

Pursuant to LCvR 7(m) counsel for Plaintiff discussed the anticipated motion with counsel for Defendants and consent for the motion could not be obtained and therefore the motion is opposed.

          Respectfully submitted,
          GAVETT AND DATT, P.C.

          /s/ *Douglas A. Datt*
          Douglas A. Datt, Bar No. 410354
          Rhoda S. Barish, Bar No. 366658
          15850 Crabbs Branch Way, Suite 180
          Rockville, MD 20855-2622
          ddatt@gavettdatt.com
          Telephone: (301) 948-1177
          Facsimile: (301) 948-4334
          **Counsel for Plaintiff**
          **Capitol Paving of D.C., Inc.**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that, this 9th day of June, 2008, a copy of the foregoing Plaintiff's Supplement to Motion to Enforce Settlement Agreement was served by filing with the Court's electronic filing service, with instructions to serve on the following:

Jack M. Simmons, III
Assistant Attorney General
441 Fourth Street, N. W., Sixth Floor south
Washington, D. C. 20001-2714
Telephone: (202) 724-6653
Facsimile: (202) 727-0431
jack.simmons@dc.gov, kimberly.matthews@dc.gov
**Counsel for Defendants District of Columbia**
**and Mayor Adrian Fenty**

                                                        /s/ *Douglas A. Datt*

F:\Data\GD\Corporate\104.000\104-35\Pleadings\Motion to Enforce Settlement Agreement - Supplemental.wpd