UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CAPITOL PAVING OF D.C., INC., Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 07-00113 (RJL) |
| DISTRICT OF COLUMBIA, *et al.*, Defendants. | ) ) ) ) | |

**PRAECIPE OF DISMISSAL WITH PREJUDICE**

The Clerk of the Court will please mark the above-captioned civil action as Dismissed with Prejudice, each party to bear its own fees, costs, and expenses.

Respectfully submitted,

/s/ Douglas A. Datt
DOUGLAS A DATT
D.C. Bar No. 410354
Gavett & Datt, P.C.
15850 Crabbs Branch Way, Suite 180
Rockville, MD 20855-2622
(301) 948-1177
Attorney for Plaintiff

PETER J. NICKLES
Interim General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON
Chief, Section 1
DC Bar No. 435163

    /s/  *Jack M. Simmons, III*
JACK M. SIMMONS, III
Assistant Attorney General
DC Bar No. 925420
441 Fourth St., NW, Sixth Floor South
Washington, DC 20001-2714
(202) 724-6653
(202) 727-0431   (fax)
jack.simmons@dc.gov
Attorney for Defendant